IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDREW NEWSOME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13cv588-TMH |
| | ) [WO] |
| DENNIS MEEKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

On March 5, 2014, the magistrate judge filed a recommendation in this case (1) that the court grant the defendants' motion for summary judgment to the extent the defendants seek dismissal of this case due to the plaintiff's failure to exhaust properly an administrative remedy previously available to him at the Covington County Jail and (2) that the case be dismissed with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust properly an administrative remedy provided to him during his confinement in the Coving County Jail as this remedy is no longer available to him with respect to the claims presented in this case. No timely objections have been filed.

Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that: (1) the recommendation of the magistrate judge (doc. no. 37) is adopted; (2) the defendants' motion for summary judgment is granted to the extent that the defendants seek dismissal of this case due to the plaintiff's failure to exhaust properly an administrative

remedy previously available to him at the Covington County Jail; and (3) this case is dismissed with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust properly an administrative remedy provided to him during his confinement in the Coving County Jail as this remedy is not longer available to him with respect to the claims presented in this case.

    It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

    An appropriate judgment will be entered.

    DONE this 9th day of April, 2014.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE