IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDREW NEWSOME, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS MEEKS, *et al.*, )<br>)<br>    Defendants. ) | CASE NO. 2:13cv588-TMH<br>[WO] |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 9th day of April, 2014.

                                               /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE